UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CASE NO.: 3:23-cv-00061-DRL-MGG

ALEXANDER BAYONNE STROSS,

    Plaintiff,

v.

LYNN BOOLMAN AUTO SALES LIMITED
LIABILITY COMPANY and
CARSFORSALE.COM, INC,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Alexander Bayonne Stross, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until June 21, 2023 in which to file a Notice of Dismissal.

Dated: May 22, 2023

Respectfully submitted,

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN
evan.andersen@sriplaw.com

**SRIPLAW, P.A.**
3372 Peachtree Road
Suite 115
Atlanta, GA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Alexander Bayonne Stross*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 22, 2023, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Evan A. Andersen*
Evan A. Andersen

## SERVICE LIST

D Randall Brown
Michael E. Wever
Barnes & Thornburg LLP - FW/IN
888 S Harrison St Ste 600
Fort Wayne, IN 46802
jlemon@hsk-law.com
michael.wever@btlaw.com
Attorney for Lynn Boolman Auto Sales Limited Liability Company

Jeremy D. Lemon
Hunt Suedhoff Kalamaros LLP - FW/IN
803 S Calhoun St Ste 900
PO Box 11489
Fort Wayne, IN 46858-1489
jlemon@hsk-law.com
Attorney for Lynn Boolman Auto Sales Limited Liability Company

Krysta K. Gumbiner
Dinsmore & Shohl LLP - Chi-IL
222 W Adams Street
Suite 3400
Chicago, IL 60606
krysta.gumbiner@dinsmore.com
Attorney for Carsforsale.com, Inc