UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CASE NO.: 3:23-cv-00061-DRL-MGG

ALEXANDER BAYONNE STROSS,

    Plaintiff,

v.

LYNN BOOLMAN AUTO SALES LIMITED LIABILITY COMPANY and CARSFORSALE.COM, INC,

    Defendants.

## STIPULATION OF DISMISSAL

Plaintiff ALEXANDER BAYONNE STROSS and Defendants LYNN BOOLMAN AUTO SALES LIMITED COMPANY and CARSFORSALE.COM, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: May 30, 2023                    Respectfully submitted,

| | |
|---|---|
| */s/ Evan A. Andersen* | */s/ Krysta K. Gimbiner (with permission)* |
| EVAN A. ANDERSEN | KRYSTA K. GIMBINER |
| evan.andersen@sriplaw.com | krysta.gumbiner@dinsmore.com |
| | |
| **SRIPLAW, P.A.** | **KRYSTA K. GUMBINER** |
| 3372 Peachtree Road | **DINSMORE & SHOHL LLP** |
| Suite 115 | 222 W Adams Street |
| Atlanta, GA 30326 | Suite 3400 |
| 470.598.0800 – Telephone | Chicago, IL 60606 |
| 561.404.4353 – Facsimile | 312.775.1743 – Telephone |
| | 312.372.6085 – Facsimile |
| *Counsel for Plaintiff Alexander Bayonn* | *Counsel for Defendant Carsforsale.com, Inc.* |

*/s/ Jeremy D. Lemon (with permission)*
JEREMY D. LEMON
jlemon@hsk-law.com

**HUNT SUEDHOFF KALAMAROS LLP**
803 S Calhoun St Ste 900
PO Box 11489
Fort Wayne, IN 46858-1489
260.423.1311 – Telephone
260.424.5396 – Facsimile

And

D RANDALL BROWN
randy.brown@btlaw.com
MICHAEL E. WEVER
michael.wever@btlaw.com

**BARNES & THORNBURG LLP**
888 S Harrison St Ste 600
Fort Wayne, IN 46802
260.425.4674 – Telephone
260.424.8316 – Facsimile

*Counsel for Defendants Lynn Boolman Auto Sales Limited Liability Company*

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 30, 2023, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/Evan A. Andersen*
Evan A. Andersen

## SERVICE LIST

| | |
|---|---|
| D Randall Brown<br>Michael E. Wever<br>Barnes & Thornburg LLP - FW/IN<br>888 S Harrison St Ste 600<br>Fort Wayne, IN 46802<br>jlemon@hsk-law.com<br>michael.wever@btlaw.com<br>Attorney for Lynn Boolman Auto Sales Limited Liability Company<br><br>Jeremy D. Lemon<br>Hunt Suedhoff Kalamaros LLP - FW/IN<br>803 S Calhoun St Ste 900<br>PO Box 11489<br>Fort Wayne, IN 46858-1489<br>jlemon@hsk-law.com<br>Attorney for Lynn Boolman Auto Sales Limited Liability Company | Krysta K. Gumbiner<br>Dinsmore & Shohl LLP - Chi-IL<br>222 W Adams Street<br>Suite 3400<br>Chicago, IL 60606<br>krysta.gumbiner@dinsmore.com<br>Attorney for Carsforsale.com, Inc |